United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br>        Defendants. | Case No. 23-cv-04175-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| E.C.,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br>       Defendants. | Case No. 23-cv-04299-VC |
| J.B.,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br>       Defendants. | Case No. 23-cv-04306-VC |
| H.D.,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br>       Defendants. | Case No. 23-cv-04617-VC |

| | |
|---|---|
| K.O.,<br><br>                Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>                Defendants. | Case No. 23-cv-04643-VC |
| HEATHER WORZALLA,<br><br>                Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>                Defendants. | Case No. 23-cv-04731-VC |
| A.M.,<br><br>                Plaintiff,<br><br>        v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>                Defendants. | Case No. 23-cv-04939-VC |

Pursuant to Civil Local Rule 3-12(c), the above-entitled cases are hereby REFERRED to the Honorable Charles R. Breyer for consideration of whether the cases are related to *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, No. 23-md-3084-CRB.

**IT IS SO ORDERED.**

Dated: October 23, 2023

VINCE CHHABRIA
United States District Judge

2