IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ This Order Relates To: *Worzalla v. Uber, Inc.*, Case No. 3:23-cv-04731-CRB | MDL No. 3084 **ORDER GRANTING MOTION FOR EXTENSION OF TIME** Re: Member Dkt. No. 29 |

On December 18, 2024, Uber filed a third-party complaint against Dencity Odeluga. Member dkt. 24. The Clerk of Court issued a summons relating to the third-party complaint on December 30, 2024. Member dkt. 26. On February 18, 2025, third-party defendant Dencity Odeluga filed a letter requesting more time to respond to Uber's complaint and seeking assistance finding representation. Member dkt. 27. The Court granted Mr. Odeluga's request on February 21, 2025. Member dkt. 28. On April 18, 2025, Mr. Odeluga filed the above captioned letter requesting a further extension of time. The Court again finds that good cause exists to extend the deadline to file a responsive pleading given Mr. Odeluga's pro se status. Mr. Odeluga is ordered to file a response to Uber's third-party complaint within 60 days of this Order.

Mr. Odeluga is encouraged to consult the Federal Pro Bono Project, the Northern District of California's free legal help desk for self-represented individuals. He can reach

1   the help desk by emailing fedpro@sfbar.org or calling 415-782-8982.

2   **IT IS SO ORDERED.**

3   Dated: April 21, 2025

                                                  CHARLES R. BREYER
                                                  United States District Judge